LOFTIS v. REYNOLDS

No. 155P92

Case below: 105 N.C.App. 697

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

LOWDER v. LOWDER

No. 324P92

Case below: 106 N.C.App. 145

Petition by Lois L. Hudson for writ of supersedeas denied 3 September 1992. Petition by Lois L. Hudson for writ of certiorari to the North Carolina Court of Appeals denied 3 September 1992. Petition by W. Horace Lowder for writ of certiorari to the North Carolina Court of Appeals denied 3 September 1992.

PARSONS v. JEFFERSON-PILOT CORP.

No. 240PA92

Case below: 106 N.C.App. 307

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 September 1992. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 3 September 1992.

PREVO v. LUMBERMENS MUT. CASUALTY CO.

No. 216P92

Case below: 106 N.C.App. 232

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

SEMONES v. SOUTHERN BELL
     TELEPHONE & TELEGRAPH CO.

No. 253P92

Case below: 106 N.C.App. 334

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.